IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENISE NEAL,

    Plaintiff,

v.

MISSOULA MAC, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

11-cv-856-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_By: [signature], Deputy Clerk_
Peter Oppeneer, Clerk of Court

2-29-12
Date