IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENISE NEAL,

    Plaintiff,                 JUDGMENT IN A CIVIL CASE

v.                                        11-cv-856-bbc

MISSOULA MAC, INC.,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.


By: _(signature)_, Deputy Clerk           2-29-12
Peter Oppeneer, Clerk of Court                Date